| AO-10 Rev. 1 2002 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2002 | *Report Required by the Ethics in Government Act of 1978.*<br>*(5 U.S.C. App., §§101-111)* |

| 1. Person Reporting *(Last name, first, middle initial)*<br>Herrera, Judith C. | 2. Court or Organization<br>United States District Court, New Mexico | 3. Date of Report<br>9/26/03 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>District Judge – Nominee | 5. ReportType (check appropriate type)<br><br>_X_ Nomination, Date _9/23/03_<br><br>_X_ Initial ___ Annual ___ Final | 6. Reporting Period<br>1/1/2002 to 9/1/2003 |

| 7. Chambers or Office Address<br>2200 Brothers Road<br>Santa Fe, NM 87505 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Partner | Herrera, Long, Pound & Komer, P.A. |
| 2 Regent | University of New Mexico |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | Will roll over profit sharing account out of law firm. |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| | NONE (No reportable non-investment income.) | |
| 1 2002 | Herrera, Long, Pound & Komer, P.A. (Salary) | $ 138,202.00 |
| 2 2003 | Herrera, Long, Pound & Komer, P.A. (Salary) | $ 48,161.88 |
| 3 2002 | Las Campanas Limited Partnership (Salary-Spouse) | $ |
| 4 2003 | Las Campanas Limited Partnership (Salary-Spouse) | $ |
| 5 | | $ |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 9/26/03 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | Exempt | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Bank of America | Office Building-Rental Property #1 | O |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:          J=$15.000 or less          K=$15.001-$50.000  L=$50.001-$100,000          M=$100.001-$250.000     N=$250,001-$500.000

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 9/26/03 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income,) | | | | | Exempt | | | | |
| 1   Rental Property #1 Santa Fe, NM (2003) | G | Rent | O | S | | | | | |
| 2   Prtnrshp Int - Law Firm, SF, NM | | None | K | W | | | | | |
| 3   Family Prtnrshp #1 Santa Fe, NM | | None | P1 | W | | | | | |
| 4   Cabot Oil & Gas-Common | | None | K | T | | | | | |
| 5   Cisco Systems Inc.-Common | | None | K | T | | | | | |
| 6   Dell Computer Corp-Common | | None | L | T | | | | | |
| 7   Fidelity Natl Finl Inc.-Common | | None | K | T | | | | | |
| 8   Intel Corp-Common | A | div | K | T | | | | | |
| 9   Intl Game Technology-Common | | None | K | T | | | | | |
| 10   Janus Worldwide Fund-Mutual Fund | A | div | J | T | | | | | |
| 11   MCDATA Corp CL A Class A | | None | J | T | | | | | |
| 12   Microsoft Corp-Common | | None | L | T | | | | | |
| 13   N B T Y Inc.-Common | | None | K | T | | | | | |
| 14   Stewart Info Svcs Corp.-Common | | None | K | T | | | | | |
| 15   AOL Time Warner Inc-Common | | None | J | T | | | | | |
| 16   Avaya Inc Odd Lot Offer | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | L=$50,001-$100,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Herrera, Judith C. | 9/26/03 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-37 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | (2) Type (e.g., div., rent or int.) | | | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|
| | | | | Exempt | | |
| 17   Capital One Financial Corp-Common | A | div | | | | |
| 18   Baker Hughes Inc | A | div | | | | |
| 19   Caremark RX Inc.-Common | | None | J | T | | |
| 20   D S T Systems Inc.-Common | | None | J | T | | |
| 21   Gulfterra Energy Ptnrs-Common | | None | J | T | | |
| 22   Johnson & Johnson-Common | A | div | J | T | | |
| 23   Latin Amern Discovery FD | | None | J | T | | |
| 24   Lowes Companies Inc.-Common | | None | J | T | | |
| 25   M G I C Investment Corp - Common | | None | J | T | | |
| 26   Pfizer Incorporated-Common | | None | J | T | | |
| 27   Profit Sharing Plan | | None | L | T | | |
| 28   Spouse's 401(k) | | None | K | T | | |
| 29   Spouse's Profit Sharing Plan | | None | J | T | | |
| 30   Intl Game Technology | | None | K | T | | |
| 31   NW Mutual Life Ins. | | None | K | T | | |
| 32   NW Mutual Life Ins. | | None | K | T | | |
| 33   NW Mutual Life Ins. | | None | K | T | | |
| 34   NW Mutual Variable Extra Ordinary Life: Aggressive Growth Stock | | None | J | T | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,000-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

Name of Person Reporting                    Date of Report

## FINANCIAL DISCLOSURE REPORT

Herrera, Judith C.                          9/26/03

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | (2) Type (e.g., div., rent or int.) | | | (1) Type (e.g., buy, sell, merger, redemption) | D. Transactions during reporting period | | |
|---|---|---|---|---|---|---|---|
| | | | | | (2) Date: Month-Day | | (5) Identity of buyer/seller (if private transaction) |
| | | | | | Exempt | | |
| 35 NW Mutual Variable Extra Ordinary Life: Small Cap Growth | None | J | T | | | | |
| 36 NW Mutual Variable Extra Ordinary Life: Aggressive Growth | None | J | T | | | | |
| 37 NW Mutual Variable Extra Ordinary Life: Small Cap Growth | None | J | T | | | | |
| 38 NW Mutual Variable Extra Ordinary Life: Aggressive Growth | None | J | T | | | | |
| 39 NW Mutual Variable Extra Ordinary Life: Small Cap Growth | None | J | T | | | | |
| 40 | | | | | | | |
| 41 | | | | | | | |
| 42 | | | | | | | |
| 43 | | | | | | | |
| 44 | | | | | | | |
| 45 | | | | | | | |
| 46 | | | | | | | |
| 47 | | | | | | | |
| 48 | | | | | | | |
| 49 | | | | | | | |
| 50 | | | | | | | |
| 51 | | | | | | | |
| 52 | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Herrera, Judith C. | 9/26/03 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Judith C. Herrera_          Date __9/26/03__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington. D.C. 20544